IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMBICOM HOLDINGS, INC., <br> PLAINTIFF, <br><br> V. <br><br> PC DRIVERS HEADQUARTERS, LP <br> AND PC DRIVERS HEADQUARTERS <br> I, INC., <br> DEFENDANTS. | § <br> § <br> § <br> § <br> § CAUSE NO. 1:17-CV-204-LY <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

Before the court is a Joint Stipulation of Dismissal filed February 8, 2018 (Dkt. No. 31). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the above numbered cause of action is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

SIGNED this 12th day of February, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE